CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 22 2008

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID TERRY KIDD, JR., | Civil Action No. 7:08CV00335 |
| Petitioner, | **DISMISSAL ORDER** |
| v. | |
| COMMONWEALTH OF VIRGINIA, et al., | By:　Hon. Glen E. Conrad |
| Respondents. | United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

### ORDERED

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice as successive. Any pending motions are **DENIED as MOOT**, and the matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 22d day of July, 2008.

_____
United States District Judge